# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MISSOURI
### EASTERN DIVISION

COPELAND LP,                             )
                                         )
    Plaintiff,                          )
                                         )        Cause No:  4:24-cv-00509 HEA
vs.                                      )
                                         )
DOUG THURSTON and                        )
DELTATRAK, INC.,                         )        **JURY TRIAL REQUESTED**
                                         )
    Defendants.                         )

## DELTATRAK, INC.'S MOTION TO WITHDRAW MOTION TO FILE UNDER SEAL

COMES NOW Defendant DeltaTrak, Inc., by and through undersigned counsel, and hereby withdraws its Motion for Leave to File Under Seal filed on May 17, 2024, as Document Number 51 in this lawsuit.

Respectfully submitted,

GOLDBERG SEGALLA, LLP

BY:    */s/ David P. Renovitch*
        David P. Renovitch      #57065MO
        8000 Maryland Ave., Ste. 640
        St. Louis, MO 63105
        314-446-3364 / FAX: 314-446-3360
        drenovitch@goldbergsegalla.com
        ***Attorneys for Defendant DeltaTrak, Inc.***

## CERTIFICATE OF SERVICE

The undersigned certifies that a true copy of the foregoing was sent via the Court's electronic filing system on this 21st day of May, 2024, to:

William Lawson
Bradley W. Tharpe
OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.
7700 Bonhomme Avenue, Suite 650
St. Louis, MO 63105
314-802-3935
william.lawson@ogletree.com
bradley.tharpe@ogletree.com
***Attorneys for Plaintiff***

Alexander W. Gass
Jack Turner
THE CRONE LAW FIRM PLC
3115 S. Grand Blvd, Suite 500
St. Louis, MO 63118
314.707.5853
agass@cronelawfirmplc.com
jturner@cronelawfirmplc.com
***Attorney for Defendant Doug Thurston***

*/s/ David P. Renovitch*